# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. SCOTT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et. al.,<br><br>　　　　　　Defendants. | CASE NO. 05cv1743 DMS (AJB)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>[Doc. Nos. 1, 13] |

On September 8, 2005, Plaintiff Steven C. Scott ("Plaintiff"), a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983.  Plaintiff alleges the California Department of Corrections and Rehabilitation ("CDCR"), Calipatria State Prison, Correctional Officers C. Butler, S. Garcia, R. Houston, and P. Preciado (collectively "Defendants") violated his Eighth Amendment rights by failing to protect him from an attack by another inmate.  Defendants moved to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) on the grounds that: (1) Plaintiff failed to exhaust; (2) Plaintiff's claims are time-barred; (3) Plaintiff failed to state an Eighth Amendment claim against any defendant; (4) Defendants are entitled to qualified immunity; and (5) Defendants CDCR and Calipatria are immune from liability under the Eleventh Amendment.

On September 22, 2006, The Honorable Anthony J. Battaglia, United States Magistrate Judge, issued a Report and Recommendation, recommending that the Court grant Defendants' Motion to

1 | Dismiss.  This Court, having reviewed *de novo* the Magistrate Judge's Report, and there being no
2 | objections filed to the report, adopts the recommendation in full and **GRANTS** Defendants' Motion.
3 | Accordingly, the Court dismisses Plaintiff's complaint with prejudice.
4 | **IT IS SO ORDERED.**

DATED:  December 11, 2006

_____
HON. DANA M. SABRAW
United States District Judge

cc: all parties
    Judge Battaglia